UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.:  4:24-CR-00041-FL

UNITED STATES OF AMERICA              )
                                      )
          vs.                         )
                                      )
                                      )          **ORDER**
BRANDON MARQUE SHERMAN,               )
                   Defendant          )

Upon motion of the defendant, with no objection from the United States Government, the

sentencing in this matter, currently set for July 7, 2026 in New Bern, North Carolina is hereby

continued to  the September 8, 2026 term  .


This the    30th   day of     June    , 2026.


_____
The Honorable Louise W. Flanagan
United States District Judge